UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cr-41-MOC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| PHILLIP LEON LEGGETT, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion to Dismiss the Bill of Indictment. (Doc. No. 16).

The Government's Motion to Dismiss is **GRANTED**, and the Bill of Indictment is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Signed: October 17, 2024

Max O. Cogburn Jr.
United States District Judge

-1-